United States Courts
Southern District of Texas
FILED

*March 19th, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:26-cr-148** |
| | § | |
| CORRE DEANDRE PLATER, and | § | |
| STACY DESHUN LAWTON, | § | |
| Defendants. | § | |

INDICTMENT

The Grand Jury charges:

**COUNT ONE:**

CONSPIRACY TO POSSESS WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about at least June 24, 2025 to at least August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

knowingly and intentionally combined, confederated, conspired, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the offense of Possession with Intent to Distribute a Controlled Substance. This violation involved a quantity of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, a quantity of 50 grams or more of methamphetamine, its salts, isomers

and salts of its isomers, a Schedule II controlled substance, a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance, and a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, § 846.

## COUNT TWO:

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 24, 2025, in the Southern District of Texas and elsewhere, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, § 2.

**COUNT THREE:**

<u>AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE</u>

On or about July 22, 2025, in the Southern District of Texas and elsewhere, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, § 2.

## **COUNT FOUR:**

### POSSESSION WITH INTENT TO DELIVER
### A CONTROLLED SUBSTANCE

On or about August 20, 2025, in the Southern District of Texas and elsewhere, the defendant,

CORRE DEANDRE PLATER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**COUNT FIVE:**

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, § 2.

## COUNT SIX:

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

aiding and abetting each other and others, known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, § 2.

**COUNT SEVEN:**

USING AND CARRYING A FIREARM DURING AND
IN RELATION TO A DRUG TRAFFICKING CRIME

On or about August 26, 2025, in the Houston Division of the Southern District of Texas, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

did knowingly, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance as charged in this indictment, possess a firearm.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

**COUNT EIGHT**:

FELON IN POSSESSION OF A FIREARM

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

each knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson SD40, serial number FCL6839; and an Aero Precision LLC, Tacoma, WA, Model DT0M15, multi caliber, serial number SNK15-01349.

In violation of Title 18, United States Code, §§ 922(g)(1), and 924(a)(2).

**NOTICE OF CRIMINAL FORFEITURE**

**(21 U.S.C. § 853(a))**

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendants,

CORRE DEANDRE PLATER,
and
STACY DESHUN LAWTON,

that upon conviction of an offense in violation of Title 21, United States Code, § 841 as set out in Counts 1 through 5 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds

obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3) Including but not limited to:

- a Smith & Wesson SD40, serial number FCL6839;
- an Aero Precision LLC, Tacoma, WA, Model DT0M15, multi caliber, serail number SNK15-01349.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

*Richard D. Hanes*

RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas